# EXHIBIT A
## Plaintiff's Loan Agreement with Minto Money, Excerpt

| Agreement Date: 7/11/2022 Effective Date: 7/12/2022 | Loan #: [redacted] Loan Type: Installment Loan |
|---|---|
| Minto Financial d/b/a Minto Money PO Box 58112 Minto, AK 99758 Phone (844) 446-4686 | Name: Brenden Sica [address redacted] |

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 653.65 % | $4,777.39 | $1,100.00 | $5,877.39 |

**Your Payment Schedule will be:**

**Number of payments:** 40     **Amount of payments:** $146.97     **When payments are due:** Weekly (each Friday)

**Late Charge:** If a payment is not paid within 5 days, you will pay a late fee of $20.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See the terms of the Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

# EXHIBIT B
## Plaintiff's Payment History Regarding Minto Money Loan



# EXHIBIT C
## Minto Financial's Lending License

**Minto Financial Services Licensing & Regulatory Commission**
P.O. Box 58112, Minto, Alaska 99758

Ch'echalyu  Bedzeyh Ti Xwt' ana  Tonidra Ghetslina  Tsiyhyu 

Artwork by Knowland Silas

THIS LICENSE MUST BE CONSPICUOUSLY POSTED IN THE PUBLIC OFFICE

**LICENSE #2019-0001**

## CERTIFICATE OF LICENSURE
## FINANCIAL SERVICES COMPANY

*This is to Certify*, that pursuant to and in accordance with the Tribal Credit Code of the Minto Tribe ("Tribe"), I, the undersigned, as Commissioner of the Minto Financial Services Licensing & Regulatory Commission, do hereby issue this license for purposes of the Tribe's consumer lending business to the below-named company:

Minto Financial d/b/a Minto Money
205 Lakeview Drive Suite 7
Minto Alaska 79958

subject to revocation as provided by Tribal Law. This license is a revocable privilege to do business within the jurisdiction of the Minto Tribe. The issuance of this License is based on the renewal application filed with the Commission on June 3, 2021. This License has an **Issuance/Effective Date of June 3, 2021**, and an **Expiration Date of June 3, 2023**.

This license cannot be transferred or assigned and continues in effect until terminated/suspended under Tribal Law or until the Expiration Date.

*In Witness Whereof*, I have hereto set my hand on the date appearing below.

Date: June 3, 2021

SHANE THIN ELK, COMMISSIONER
Minto Financial Services Licensing &
Regulatory Commission

**EXHIBIT D**
**Overview of Tribal Employment Rights & Law Conference, April 2014**



**LAW SEMINARS INTERNATIONAL**
*The power of information®*

**Featuring Speakers From:**
- Best & Flanagan LLP
- Faegre Baker Daniels LLP
- Hogen Adams PLLC
- Law Office of Richard G. McGee
- Little River Casino Resort
- Littler Mendelson P.C.
- Lochen Law Offices, PLLC
- Modrall Sperling
- Navajo Nation Department of Justice
- Sonosky, Chambers, Sachse, Endreson & Perry, LLP
- The Jacobson Law Group
- The University of Tulsa College of Law
- William Mitchell College of Law

*A Comprehensive Two-Day Conference on*

# Tribal Employment Rights & Law

Critical legal issues in employment law in Indian country

April 28 & 29, 2014
Prior Lake, Minnesota
Mystic Lake Casino Hotel

**Credits:** MN 10.5 CLE (call about others)
**Quick when/where:** 8:30 a.m., 2400 Mystic Lake Blvd.

---

**12:00  Best Practices for Setting Up Personnel and Dispute Resolution Systems**

Structuring the system: Essential elements for workable Tribal codes; selecting or creating effective grievance and dispute resolution bodies and processes; special considerations for partnering with non-Tribal entities for commercial enterprises

*Shane Thin Elk, Esq.*
Lochen Law Offices, PLLC – Onawa, IA

# EXHIBIT E
## Domain Name Registration for bedco.us
## Record Date December 19, 2018

```
Domain Name: bedco.us
Registry Domain ID: D0C51CDC3616A45FBACC3510C73006131-NSR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: whois.godaddy.com
Updated Date: 2018-12-19T23:23:15Z
Creation Date: 2018-12-14T23:23:15Z
Registry Expiry Date: 2023-12-14T23:23:15Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C4D1D4E5F1876405B9905ED0AC***3D78E-NSR
Registrant Name: Douglas Isaacson
Registrant Organization: Minto Development Corporation
Registrant Street: 615 Bidwill Ave
Registrant Street: Ste 303
Registrant Street:
Registrant City: Fairbanks
Registrant State/Province: Alaska
Registrant Postal Code: 99701
Registrant Country: us
Registrant Phone: +1.9073740968
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dougwisaacson@gmail.com
Registrant Application Purpose: P1
```

## EXHIBIT E
## Domain Name Registration for bedco.us
## Record Date December 19, 2018

```
Registrant Nexus Category: C21
Registry Admin ID: CCB123C66C06A4TD2B1R216168AC3EP47-NSR
Admin Name: Douglas Isaacson
Admin Organization: Minto Development Corporation
Admin Street: 615 Bidwill Ave
Admin Street: Ste 303
Admin Street:
Admin City: Fairbanks
Admin State/Province: Alaska
Admin Postal Code: 99701
Admin Country: us
Admin Phone: +1.9073740968
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dougwisaacson@gmail.com
Admin Application Purpose: P1
Admin Nexus Category: C21
Registry Tech ID: CF0FB086006014B78AC575019F2BA2A62-NSR
Tech Name: Douglas Isaacson
Tech Organization: Minto Development Corporation
Tech Street: 615 Bidwill Ave
Tech Street: Ste 303
Tech Street:
Tech City: Fairbanks
Tech State/Province: Alaska
Tech Postal Code: 99701
Tech Country: us
Tech Phone: +1.9073740968
Tech Phone Ext:
Tech Fax:
```

# **EXHIBIT E**
# **Domain Name Registration for bedco.us**
# **Record Date December 19, 2018**



# EXHIBIT F
## Isaacson Responses to Consumer Complaint on BBB Regarding Minto Money

5/16/2020     Minto Money | Complaints | Better Business Bureau® Profile

**Better Business Bureau®**

BBB remains operational and focused on serving our business community. Read more.



« Complaints

## Complaints



Minto Money




PO Box 58112
Minto, AK 99758-0112

https://mintomoney.com/

(844) 446-4686

**Complaint Type:** Billing/Collection Issues    **Status:** Answered

04/20/2020

A few weeks ago I took a $1,000 loan with this company Mintomoney. They advertised you can pay off the loan early with no penalties. I believed it was a 6.5% annual interest and 10 months. They now say it's over 650% annual interest and instead of monthly payments they take money out of my account weekly (+$130). I had already made six +$130 payments every week for the following 6 weeks since I took the loan equaling to around $784. I requested a payoff amount to pay it all off at the 6 weeks mark and told me the payoff amount was $1,028 (on a recent 6 weeks old loan). I complained it must be wrong and they replied a few days later on April 17th 2020 that the payoff amount went up to $1,157.19 and will keep going up daily. I complained, why they want to charge me over $940 on fees on a $1,000 loan that I want to pay off early in only 6 weeks instead of 10 months after they said there was no penalties or fees to pay it off early & why they took too many days to respond and increase the pay off amount I requested. That it's impossible I still owe $1,157 after me already having paid them $784 in 6 weeks on a $1,000 loan. They said they charge for the 10 months interest charges upfront first and that out of the $784 paid only $6 went to the principal. I told them they could not charge me for 10 months of interest upfront because it's only been 6 weeks since I took the loan and that I wanted to pay it early & they can't charge me for 10 months in to the future. I revoked any authorization to make future automatic withdrawals from my bank & ask to verify they have the numbers right so I could pay it off. I told them I just discovered that

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT F
# Isaacson Responses to Consumer Complaint on BBB Regarding Minto Money

5/16/2020     Minto Money | Complaints | Better Business Bureau® Profile

**Response**     04/23/2020

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint. While Minto Money is not subject to regulation by states, the Tribe takes the concerns of other sovereigns and our customers seriously, and we are happy to respond to your inquiry.

Minto Money is wholly owned by the Tribe, and functions as an economic arm of the Tribe. Through Minto Money the Tribe raises governmental revenues to provide services to Tribal citizens, just as other sovereign governments do with revenues they generate through taxation or other means. Tribal jurisdiction is clearly indicated on our Website, and in all of our documents, contracts, etc. Minto is a sovereign-owned enterprise which the Tribe closely regulates, and from which the Tribe requires consumer-protective best practices. Minto Money loans are legal under applicable Tribal law, which requires compliance with the principles of federal consumer protection laws.

The interest and fees applicable to the customer's loan are permitted by Tribal law. A customer is free to enter into contracts with choice of law provisions invoking the laws of other sovereigns, a particularly common practice in the financial services industry. The terms and conditions of the loan were clearly and accurately reflected in the loan agreement that the customer voluntarily signed before receiving the loan. The customer also received a TILA disclosure that outlined the amount and date of each payment required under the loan agreement.

Minto Money strives for excellent customer service and always endeavours to make it right for any customer who is not satisfied with their experience. Therefore, at our sole discretion, we will reach out to the customer with an offer to resolve their concerns. We trust that you will find this letter of explanation satisfactory and resolves the matter.
Respectfully,
Doug I*******
General Manager, Minto Financial

---

**Complaint Type:** Billing/Collection Issues    **Status:** Answered

04/15/2020

I borrowed $625 from Minto money on 02/25/2020. I made 3 payments towards my loan on 03/13/2020 in the amount of $163.88, and on 03/27/2020 for $163.88 and the third payment was on 04/10/2020 in the amount of $163.88. Total payments made were $491. I called today (04/15/2020) to pay off my loan. I was shocked when I knew that the payment amount was $676. I asked about the interest rate on my loan which I paid off in just 45 days and they said the interest is 600%. I think this is predatory lending and it

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT F
## Isaacson Responses to Consumer Complaint on BBB Regarding Minto Money

5/16/2020            Minto Money | Complaints | Better Business Bureau® Profile

Re:     Complaint ID #********
***** *** MM#**********

To Whom It May Concern:

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint. While Minto Money is not subject to regulation by states, the Tribe takes the concerns of other sovereigns and our customers seriously, and we are happy to respond to your inquiry.

Minto Money is wholly owned by the Tribe, and functions as an economic arm of the Tribe. Through Minto Money the Tribe raises governmental revenues to provide services to Tribal citizens, just as other sovereign governments do with revenues they generate through taxation or other means. Tribal jurisdiction is clearly indicated on our Website, and in all of our documents, contracts, etc. Minto is a sovereign-owned enterprise which the Tribe closely regulates, and from which the Tribe requires consumer-protective best practices. Minto Money loans are legal under applicable Tribal law, which requires compliance with the principles of federal consumer protection laws.

The interest and fees applicable to the customer's loan are permitted by Tribal law. A customer is free to enter into contracts with choice of law provisions invoking the laws of other sovereigns, a particularly common practice in the financial services industry. The terms and conditions of the loan were clearly and accurately reflected in the loan agreement that the customer voluntarily signed before receiving the loan. The customer also received a TILA disclosure that outlined the amount and date of each payment required under the loan agreement. As such, we consider this matter resolved.
Respectfully,

Doug I*******
General Manager, Minto Financial

Customer Response                                                       04/17/2020

Complaint: ********

I am rejecting this response because:
1- I didn't know that minto money belonged to a tribe when I took the loan. They didn't tell me they belonged to a tribe and they didn't tell me they were not subject to regulations. If they belong to a tribe then they probably should limit their lending to their tribe members.
2- I still think that 600% interest in 45 days is predatory lending practices.

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT F
# Isaacson Responses to Consumer Complaint on BBB Regarding Minto Money

5/16/2020      Minto Money | Complaints | Better Business Bureau® Profile

**Customer Response**      04/11/2020

I am rejecting this response because they have clearly taking way over the amount of money I owe. Which they aren't even allowed to do business in the state of Maryland. They are illegal in the state of Maryland.

**Complaint Type:** Problems with Product/Service      **Status:** Answered

11/29/2019

I did not apply for or approve this loan. I don't know who did but this company better stop calling my number and taking money out of my account or I'll file a police report against them



**Response**      12/04/2019

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint. The Tribe takes these types of inquiries very seriously, and we would like to provide you with the below information.

The complainant states that they did not apply for a loan. The loan issued only after receiving a loan application in the complainant's name as well as a telephone call with full verifications reviewing the terms of the loan. We do have the telephone recording from the date of loan origination as well as recent correspondence from complainant regarding the ACH debit of 11/30/2019 where they state that they had requested to mail in the payment.

If the complainant believes they have been the victim of identity theft, they can provide the following to the Company to further investigate: (1) A completed identity theft report, which can be found at the Federal Trade Commission's website, https://www.identitytheft.gov/Assistant# or a police report outlining the alleged identity theft; and (2) proof of identification, such as a copy of a driver's license, a copy of a government issued identification card, or social security number.

Minto Money strives for excellent customer service and always endeavors to make it right for any customer who is not satisfied with their experience. Therefore, as a one-time courtesy, and for no other reason than to demonstrate excellent customer service, we will reach out to the customer in an attempt to resolve their complaint.

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT G
## Physical Location for servers of Mintomoney.com



# EXHIBIT H
## Plaintiff's Clarity Consumer Disclosure, Inquiries Excerpt



# EXHIBIT I
# Plaintiff's Clarity Consumer Disclosure, Minto Money Tradeline

## Accounts

### Account #1

#### Consumer

| | |
|---|---|
| **Name:** SICA, BRENDEN | **Date of Birth:** |
| **Address:** | |
| **Bank Routing Number:** | **Bank Account Number:** |
| **Phone Number:** | |

#### Current

| | |
|---|---|
| **Account #:** XXX9742 | **Company:** Minto Money |
| **Account Type:** Online Installment Loan | **Credit Limit:** |
| **Ownership:** Individual | **Current Loan Amount:** $1,100 |
| **Number of Payments:** 40 | **Current Balance:** $1,532 |
| **Payment Frequency:** Weekly Only | **Past Due:** $146 |
| **Open Date:** 7/11/2022 | **Actual Payment:** $0 |
| **First Due Date:** 7/22/2022 | **Next Payment Amount:** $1,678 |
| **Last Update Date:** 8/8/2022 | **Status:** Collections |
| **Delinquency Date:** 8/8/2022 | **Closed Date:** |
| **Payment History:** #30 | **Closed Status:** |
| **Comment:** | |
| **Consumer Dispute:** | |

#### Historical

| | |
|---|---|
| **Original Account Type:** Online Installment Loan | **Original Loan Amount:** $1,100 |
| **First Payment Date:** 7/27/2022 | **First On-Time Payment Date:** 7/27/2022 |
| **Last Payment Date:** 7/27/2022 | **Last On-Time Payment Date:** 7/27/2022 |
| **Total Late Payments:** 1 | **Collections (#):** 1 |
| **Amount of Late Payments:** $146 | **Total Collections:** $146 |
| **Total Days Late:** 85 | **Days in Collections:** 78 |
| **Longest Late Payment:** 85 | **Last Collection Date:** |
| **Charged Off Date:** | **Worst Payment Status:** Collections |
| **Charge Off Amount:** | **First Closed Date:** |