**KAZEROUNI LAW GROUP, APC**

3000 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
Telephone: (732) 588-8688
Facsimile: (800) 520-5523
ross@kazlg.com
kazlg.com

March 6, 2023

**VIA ECF ONLY**

Hon. Julien Xavier Neals
United States District Court
50 Walnut Street
Newark, NJ 07101

Hon. André M. Espinosa
United States District Court
50 Walnut Street
Newark, NJ 07101

Re:  *Sica v. Minto Development Corporation et al.*
     **Case Number: 2:22-cv-06480-JXN-AME**

Dear Judge Neals and Judge Espinosa:

This firm represents the plaintiff Brenden Sica ("Plaintiff") in connection with the above referenced matter.

We write to inform the Court that subject to a written settlement agreement, the Plaintiff has reached a settlement in principle with the remaining defendants in this matter, *i.e.* Minto Development Corporation, Minto Financial d/b/a Minto Money, Benhti Economic Development Corporation or Douglas William Isaacson.

In light of Plaintiff's settlement in principle, we respectfully request that all remaining deadlines be suspended or, in the alternative, a conditional order of dismissal be entered subject to reopening in sixty (60) days.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

Ross H. Schmierer, Esq.

cc:   All counsel of record (via ECF)

**ARIZONA  -  CALIFORNIA  -  MINNESOTA  -  NEVADA  -  NEW JERSEY  -  ILLINOIS
UTAH  -  NEW YORK  -  TEXAS  -  WASHINGTON  -  FLORIDA**