## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDEN SICA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MINTO DEVELOPMENT CORPORATION, MINTO FINANCIAL d/b/a MINTO MONEY, BENHTI ECONOMIC DEVELOPMENT CORPORATION, DOUGLAS WILLIAM ISAACSON, and CLARITY SERVICES, INC.,<br><br>Defendants. | Case No.: 2:22-cv-06480-JXN-AME<br><br>**JOINT STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiff Brenden Sica ("Plaintiff") and Defendant Minto Development Corporation ("MDC"), Minto Financial d/b/a Minto Money ("Minto Financial"), Benhti Economic Development Corporation ("BEDCO"), Douglas William Isaacson ("Isaacson"), and Clarity Services, Inc. ("Clarity") (collectively "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff individually against Defendants, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Dated: April 28, 2023

| **KAZEROUNI LAW GROUP A.P.C.** | **REITLER KAILAS & ROSENBLATT LLP** |
|---|---|
| By: *s/ Ross Schmierer*<br>Ross H. Schmierer, Esq.<br>3000 Atrium Way, Suite 200<br>Mount Laurel, New Jersey 08054<br>(732) 588-8688<br><br>*Attorneys for Plaintiff Brenden Sica* | By: *s/ Brett Van Benthysen*<br>Brett Van Benthysen, Esq.<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>Tel: (212) 209-3045<br>bvanbenthysen@reitlerlaw.com |

*Attorneys for Minto Development Corporation, Minto Financial d/b/a Minto Money, Benhti Economic Development Corporation, Douglas William Isaacson*

**PRICE, MEESE, SCHULMAN & D'ARMINIO, P.C.**

By: <u>*s/ Dorothy A. Kowal*</u>
Dorothy A. Kowal, Esq.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Phone: (201) 391-3737
dkowal@pricemeese.com
*Counsel for Defendant Clarity Services, Inc.*

**So ORDERED on 5/1/2023:**

_____
JULIEN XAVIER NEALS
United States District Judge

2